IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **CARI ALLEN**, <br><br> Plaintiff, <br><br> v. <br><br> **SMITH'S FRESH MARKETPLACE, THE KROGER CO., JANE DOE NO. 1, JANE DOE NO. 2, and JOHN DOES NO. 1-5**, <br><br> Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION** <br><br> Case No. 2:18-cv-939-DB-EJF <br><br> District Judge Dee Benson <br><br> Magistrate Judge Evelyn J. Furse |

Before the court is the Report and Recommendation issued by U.S. Magistrate Judge Evelyn J. Furse on April 22, 2019, recommending that the District Judge dismiss this action without prejudice. (Dkt. No. 7.)

The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after being served with a copy of it. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). None of the parties have filed such an objection and the time for doing so has passed.

Having reviewed all relevant materials, including the reasoning set forth in the Magistrate Judge's Report and Recommendation, the court now ADOPTS the Report and Recommendation and ORDERS that this action be DISMISSED WITHOUT PREJUDICE.

Signed May 30, 2019.

BY THE COURT

_____
District Judge Dee Benson